# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
                Appellant,
        vs.
YANCEY TAYLOR; BRIAN
ARIZMENDI, INDIVIDUALLY; AND
LAS VEGAS POLICE MANAGERS AND
SUPERVISORS ASSOCIATION,
                Respondents.

No. 78400

FILED

AUG 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to compel arbitration. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

A preliminary review of this appeal revealed a potential jurisdictional defect. Specifically, it appeared that the order challenged on appeal was not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule appears to authorize an appeal from an order granting a motion to compel arbitration. *See Kindred v. Second Judicial Dist. Court*, 116 Nev. 405, 996 P.2d 903 (2000) (indicating that an order granting a motion to compel arbitration is not appealable).

Appellant has filed a response to the order to show cause, and respondents have filed a reply. In its response to the order to show cause,

appellant concedes that this court lacks jurisdiction to consider this appeal. Accordingly, as this court lacks jurisdiction, we

ORDER this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:  Hon. Rob Bare, District Judge
     Lansford W. Levitt, Settlement Judge
     Marquis Aurbach Coffing
     Daniel C. Coe
     Eighth District Court Clerk

---

[1]With this decision, this court expresses no opinion as to the viability of any petition for extraordinary relief that may be filed by appellant.